# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CALAVO GROWERS, INC.,**

    Plaintiff,

v.                                      CASE NO: 8:09-cv-2281-T-30MAP

**SUNCOAST DISTRIBUTION, INC.
and PHIL TIRADO,**

    Defendants.

_____/

## FINAL DEFAULT JUDGMENT AS TO DEFENDANT, PHIL TIRADO

This Court is presented with Plaintiff's Motion for Entry of Default Judgment (Dkt. #12). Having reviewed the file and being otherwise duly advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Plaintiff's Motion for Entry of Default Judgment as to Defendant Phil Tirado (Dkt. #12) is **GRANTED**.

2. Judgment is entered in favor of Calavo Growers, Inc. and against Defendant Phil Tirado in the principal amount of $19,184.00, together with costs in the sum of $390.00, and pre-judgment interest in the sum of $752.62, for a total amount of $20,326.62, for which let execution issue.

3. The Judgment amount of $20,326.62, plus amounts for post-judgment interest qualify for protection under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e *et seq*. ("PACA"), until satisfied, for which let execution issue.

4. The Clerk is directed to enter judgment against Defendant Phil Tirado in accordance with the terms of this Order.

**DONE** and **ORDERED** in Tampa, Florida on March 15, 2010.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2281.default.frm