UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CALAVO GROWERS, INC.,**

    **Plaintiff,**

**v.**                                       **CASE NO: 8:09-cv-2281-T-30MAP**

**SUNCOAST DISTRIBUTION, INC.**
**and PHIL TIRADO,**

    **Defendants.**
_____/

## **ORDER**

This Court is presented with Plaintiff's Motion for Entry of Default Judgment against Defendant Suncoast Distribution, Inc. (Dkt. #24). Having reviewed the file and being otherwise duly advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1.    Plaintiff's Motion for Entry of Default Judgment (Dkt. #24) is **GRANTED**.

2.    Judgment is entered in favor of Calavo Growers, Inc. and against Defendant Suncoast Distribution, Inc., in the principal amount of $19,184.00, together with costs in the sum of $428.75, and pre-judgment interest in the sum of $1,034.34, for a total amount of $20,647.09, for which let execution issue.

3.    The Judgment amount of $20,647.09, plus amounts for post-judgment interest qualify for protection under the Perishable Agricultural Commodities Act of 1930, as

amended, 7 U.S.C. §499e *et seq*. ("PACA"), until satisfied, for which let execution issue.

      4.      The Clerk is directed to enter judgment in accordance with the terms of this Order.

      5.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 26, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2281.default 24.wpd